IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TEKEVA SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:24-cv-02270-TLP-cgc |
| v. | ) |
| | ) |
| RAYMOND'S AUTO REPAIR, | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pro se Plaintiff Tekeva Shaw sued Defendant Raymond's Auto Repair in April 2024. (ECF No. 1.) She then amended her Complaint in May 2024. (ECF No. 8.) Citing to the Civil Rights Act of 1964, Plaintiff alleges she suffered "discriminat[ion]," "harassment, intimidation, [and] exploitation" "on the basis of race, gender, color, and status" when she went to have her vehicle serviced at Defendant's shop. (ECF No. 1.) She also adds claims against AutoZone in her Amended Complaint, asserting concerns with her vehicle's operations. (ECF No. 8.)

Under Administrative Order 2013-05, the Court referred this case to Magistrate Judge Charmaine G. Claxton for management of all pretrial matters. Because Plaintiff is proceeding in forma pauperis in this matter, Judge Claxton screened the Complaint under 28 U.S.C. § 1915(e)(2) and issued an R&R in January 2025. (ECF No. 9.) In the R&R, Judge Claxton recommends the Court dismiss Plaintiff's claims.

**LEGAL STANDARD**

A magistrate judge may submit to a district court judge proposed findings of fact and a recommended ruling on certain dispositive pretrial matters, including motions for summary

1

judgment. 28 U.S.C. § 636(b)(1)(A)–(B). And the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C. § 636(b)(1). A party may object to the proposed findings and recommendations "[w]ithin 14 days after being served with a copy of the recommended disposition." Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1). If neither party objects, then the district court reviews the R&R for clear error. Fed. R. Civ. P. 72(b) advisory committee's note. Judge Claxton entered her R&R in January 2025. Plaintiff did not object, and the time to do so has now passed. The Court therefore reviews the R&R for clear error.

## DISPOSITION AND CONCLUSION

Having reviewed the record, the Court finds no clear error in Judge Claxton's R&R. The Court agrees with Judge Claxton that Plaintiff's claim under the Civil Rights Act of 1964 should be dismissed. (*See* ECF No. 9.) As Judge Claxton points out, neither the Complaint nor the Amended Complaint set out any basis for discrimination. Indeed, Plaintiff fails to allege any discriminatory animus or to identify Plaintiff's race, gender, color, or status. (ECF Nos. 1, 8.) Judge Claxton also found that there is no good faith basis to appeal under Federal Rule of Appellate Procedure 24(a), and the Court agrees. (ECF No. 9.)

As a result, the Court **ADOPTS** the R&R and **DISMISSES** Plaintiff's discrimination claims. The Court also **CERTIFIES** that any appeal would not be taken in good faith and **DENIES** leave to proceed in forma pauperis on appeal.

**SO ORDERED**, this 13th day of August, 2025.

   s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE